## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **LaRICO WILLIAMS** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:23-CV-00490-ALM-KPJ** |
| | § | |
| **OFFICER SCOTT** | § | |

### AFFIDAVIT OF LT. DAVID BARNETT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF COLLIN | § |

**BEFORE ME**, the undersigned authority, a Notary Public in and for the State of Texas, personally appeared **DAVID BARNETT,** who being by me duly sworn deposes as follows:

1.      My name is David Barnett. I am over the age of twenty-one (21) years, am competent to make this affidavit and have never been convicted of a felony or crime involving moral turpitude. I have personal knowledge of the facts contained in this affidavit, unless otherwise stated, and they are true and correct to the best of my knowledge.

2.      I am employed with Collin County, Texas, as a Lieutenant in the Jail Operations - Services Division of the Collin County Sheriff's Office. My office is located and I work in the Collin County Detention Center, also known as the Collin County Jail, located at 4300 Community Boulevard in McKinney, Texas. As a Jail Lieutenant, I am familiar with and have access to the official records regarding persons who are booked into and detained in the Collin County Jail.  In connection with my experience and employment with the Collin County Sheriff's Office, I am generally familiar with the Collin County Sheriff's Office and the Detention Center's policies, procedures and informal practices regarding inmate grievances and religious accommodations as set forth in the INMATE HANDBOOK and the COLLIN COUNTY DETENTION BUREAU POLICY MANUAL and through my involvement in the day to day operations at the Jail.  I am also generally familiar, through my review of documentation and records, with Larico Frenshun Williams, who was formerly detained in the Collin County Detention Center.

3.      Larico Frenshun Williams was most recently incarcerated in the Collin County Detention Center from December 20, 2022, to April 21, 2025.  He was transferred out of the Collin County Detention Center on April 21, 2025, to a contracted LaSalle Facility where he awaits imminent transfer to the Texas Department of Criminal Justice.  Mr. Williams has not been housed in the Collin County Detention Center since April 21, 2025.

4.      I am aware that Mr. Williams has filed a lawsuit against Collin County Detention Officer "Jolene Scott (C.O)" who he incorrectly asserts was a "Kitchen Tech".  I have read and am generally familiar with the allegations contained in the PRISONER'S CIVIL RIGHTS COMPLAINT (Doc. 28) filed on July 10, 2024.  I read in such lawsuit that Mr. Williams alleges in paragraph IV(B) that "She [Jolene Scott] denied me my trays for Ramadan (3) times. (3/23)."  I also read in Paragraph V where Mr. Williams alleges:  "I was denied my meals for the month of Ramadan 3 times by the Kitchen Tech at the time (Officer Jolene Scott).  She has also been feeding all the Muslims cold cuts while everyone else gets hot meals on purpose.  Also, there were numerous photos and documentation taken of bugs in our food (gnats) and also inconsistencies of the meals throughout Ramadan."  At the time of the alleged incident [March/April 2023], Mr. Williams was housed in Pod 4A of the Detention Facility.  Detention Officer Jolene Scott worked in Laundry Services and she was not a "Pod Officer".  In other words, Detention Officer Jolene Scott would not be involved in inmate meals and she would not be physically stationed in any of the inmate Pods as her work area was in the Laundry of the Collin County Detention Facility.  I have carefully reviewed the documentation regarding Mr. Williams' detention in the Collin County Detention faciliy and could not find any evidence or documentation at all that Detention Officer Jolene Scott had any interactions at all with Mr. Williams.  There are communications through the Detention Center's electronic Inmate Request System (commonly called the "Kiosk") between the civilian Kitchen Supervisor Jason Scott and Mr. Williams, but again, none by/between Detention Officer Jolene Scott and Mr. Williams.  After a diligent and thorough review of the documentation surrounding Mr. Williams' incarceration in the Collin County Detention Facility between December 20, 2022, and April 21, 2025, I did not find any documentation or evidence that Detention Officer Jolene Scott denied Mr. Williams his Ramadan meals or that Detention Officer Jolene Scott had any involvement in serving inmate meals as Mr. Williams has incorrectly alleged.

5.      I also read in the PRISONER'S CIVIL RIGHTS COMPLAINT that Mr. Williams represents in paragraph III that he "exhausted all steps of the institutional grievance procedure", but I did not see where Mr. Williams attached a copy of his "final step of the grievance procedure with the response supplied by the institution" as requested.  Mr. Williams allegations about his exhaustion of grievance procedures are mistaken and/or untrue and he failed to exhaust his administrative grievance procedures and remedies at the Collin County Detention Facility, as I will detail more fully below.

6.      The COLLIN COUNTY DETENTION BUREAU POLICY MANUAL contains a comprehensive policy and procedure for inmate grievances and religious accommodations. Also, during the time(s) of his incarceration, Mr. Williams was subject to the rules and regulations of the Collin County Detention Center, which includes inmate grievances. Inmates are provided with a copy of the INMATE HANDBOOK which details the rules and procedures regarding inmate grievances. Pertinent portions of the INMATE HANDBOOK are attached as Exhibit 1 to my Affidavit. When an inmate enters the Collin County Detention Center, they are given a paper copy of the INMATE HANDBOOK.  The inmate then acknowledges the receipt of this handbook by signing an ACKNOWLEDGMENT OF RECEIPT. In this document, the inmate acknowledges: "I have read the rules regarding the behavior expected of me. I understand these rules and agree to abide by them while I remain in this facility." Mr. Williams signed such an ACKNOWLEDGMENT OF RECEIPT on December 20, 2022, upon entering the Collin County Detention Center. The ACKNOWLEDGMENT OF RECEIPT of the INMATE HANDBOOK signed by Mr. Williams on December 20, 2022, is attached as Exhibit 2 to my Affidavit.

7.      Regarding inmate grievances, the Collin County Jail INMATE HANDBOOK, under "Channels of Communications", provides as follows:

> There are specific people to contact regarding your various needs and problems. If you have a special problem or need information, the pod officer will assist in directing your request to the appropriate person.
>
> If you believe you were subjected to unfair or unjust circumstances or actions, you may approach the pod station and complete a grievance / complaint via the kiosk in your pod, or you may request to speak directly with the housing lieutenant regarding the grievance / complaint, by submitting a request via the kiosk. You may also request a paper grievance form from any member of the detention staff. Grievances / complaints of an emergency nature should be presented directly to the pod officer.

The following are grounds for initiation of a grievance:
1. Violation of civil rights
2. Criminal act
3. Unjust denial or restriction of inmate privileges
4. Prohibited act by facility staff

In the grievance, you must state the right or privilege violated, any persons involved, witnesses (if any), date of the occurrence, and any pertinent details.

If your grievance is determined to be a complaint, it will be answered by a detention supervisor. If it is determined to be a grievance, it will be reviewed by a grievance board.

The grievance board will provide you a written interim response within fifteen (15) days of filing the grievance. Upon completion of the grievance board's review of the grievance, you will be provided a written final response within sixty (60) days of filing the grievance.

If you are not satisfied with the grievance board's response, you may submit an appeal directly to the assistant chief deputy via the kiosk in your pod. The assistant chief deputy's response to your appeal is final. If your grievance is determined to be a complaint, it will be answered by a detention supervisor.

**8**.     Based on my review of the documents regarding Mr. Williams, the following is a chronology of what transpired regarding his request for religious accommodation, i.e., his request for meals during Ramadan in 2023.  On February 8, 2023, Officer Arisha Sattar prepared and sent me a Memorandum re "Ramadan 2023".  She also prepared a Ramadan announcement with basic requirements.  The Collin County Detention Center utilizes "INFAX" which is a display system to constantly provide information to inmates.  It is similar to the display screens commonly seen at airports with flight information.  INFAX rotates information to inmates and an INFAX display screen is located in the day room of each pod in the Collin County Detention Center.  An example of an INFAX display screen slideshow is attached as Exhibit No. 3 to my Affidavit.  Specifically included on the INFAX display was the information about Ramadan. On March 23, 2023, Mr. Williams submitted through the Kiosk a request stating that he "would like to be on the list for the month of Ramada [sic]".  He was advised that the deadline to do so was on March 17, but he was still eventually placed on the list.  A copy of the "Ramadan 2023 Special Meal Accommodations" list is attached as Exhibit No. 4 to my Affidavit. Mr. Williams was advised that he was placed on the list by the Inmate Programs Coordinator Olivia Penson via the Kiosk on March 28, 2023.  There

LT. BARNETT AFFIDAVIT
T:\233\1\1600\73760 Williams\Pleadings\Defendant\MSJ Admin Remedies\Barnett Affidavit\Affidavit Barnett.wpd

Page 4

were various communications to/from Mr. Williams with various Jail personnel about his Ramadan meals and other matters. A copy of pertinent Kiosk communications regarding Mr. Williams are attached as Exhibit No. 5 to my Affidavit. It is my understanding that a complete copy of all Kiosk communications regarding Mr. Williams have been provided to him as part of the discovery in this lawsuit. On April 1, 2023, Mr. Williams submitted a request on the Kiosk wherein he stated:

> I was denied my two dinner trays for Ramadan once again by the kitchen supervisor after repeated times of officer Vasquez telling her I was on the list she tells him that "He's not on this list and I'm not sending him anything down there period". These actions of officer Scott is a direct violation of my 8th amendment rights which is considered "cruel and unusual punishment" and I will seek action because of these direct acts of cruelty.

Officer Sattar responded, writing:

> Mr. Williams, I am not sure why you are not recieving your Ramadan dinner trays. I just checked, and you are on our list for inmates who are to recieve Ramadan meals, which is the same list that the Kitchen Staff is using to send out the Ramadan meals. I will contact the kitchen to make them aware. Have a nice day - Ofc. Sattar.

Presumably a few days later, instead of using the Kiosk system, Mr. William "sent in the mail" a paper COLLIN COUNTY GRIEVANCE/COMPLAINT FORM dated April 3, 2023. A copy of such FORM is attached as Exhibit No. 6 to my Affidavit. In such FORM Mr. Williams wrote: I was denied my dinner trays for Ramadan once again by the Kitchen supervisor after repeated times officer Vasquez telling I was on the list. She tells him "He's not on this list and I'm not sending him anything down there period." The actions are a direct violation of my 8th amendment rights which is considered "cruel and unusual punishment." Mr. Williams identified name of the person involved as "Officer Scott (Kitchen Sup.)" and the witness as "Officer Vasquez." The date and time this occurred was listed as "04/01/2023". Regarding "Any other pertinent details", Mr. Williams wrote "Just the constant discriminatory acts towards the "'Muslims'". By saying that before the cold trays that "'we were going to get them while everyone else got hot trays.'"

9.     Mr. Williams' paper COLLIN COUNTY GRIEVANCE/COMPLAINT FORM dated April 3, 2023, was reviewed by two Supervisors - me [Lt. Barnett] and Kitchen Supervisor Jason Scott. On April 11, 2023, I responded to Mr. Williams via the Kiosk, writing "Williams, in regard to your complaint dated 04-023-2023: Ramadan meals were sent to both individuals with the last name Williams who

are on the list.  I cannot find evidence of you being denied any meal." Mr. Williams took no further action regarding my response.   Kitchen Supervisor Jason Scott, on April 13, 2023, via the Kiosk, wrote to Mr. Williams about the alleged denial of Ramadan meals, inquiring "Are you getting your Ramadan meals now ?" Mr. Williams did not cooperate with Kitchen Supervisor Scott's attempt to investigate the grievance and did not answer Kitchen Supervisor Scott's direct question.  Rather, Mr. Williams' wrote to Kitchen Supervisor Scott on April 20 2023, complaining about kitchen staff, that he was being served unsweetened oatmeal and fruit, and that he was being discriminated against because "everyone else got French toast stix."  Kitchen Supervisor Scott responded to Mr. Williams on April 21, 2023, relaying that "We are responsible for making reasonable accommodations for your Ramadan meals. Sometimes you will get different food than the rest of the jail because you have to be fed so early." Mr. Williams took no further action regarding such response from Kitchen Supervisor Jason Scott.

10.     If Mr. Williams had not been satisfied with the two Supervisors responses to his COLLIN COUNTY GRIEVANCE/COMPLAINT FORM dated April 3, 2023, he could have submitted an appeal to the Grievance Board. Mr. Williams did not do that.  Nor did Mr. Williams respond to Kitchen Supervisor Scott's question and efforts to investigate the status of the receipt of Ramadan meals. Thus, Mr. Williams did not fully exhaust the grievance/complaint process and procedures afforded to him while incarcerated in the Collin County Detention Facility.

11.     As a Lieutenant in the Jail Services Division I can serve as a custodian of records for the Collin County Sheriffs Office Detention Facility. I am familiar with the manner in which such jail records are created and maintained by virtue of my duties and responsibilities. Attached hereto are copies of records from the Collin County Detention Facility. The Collin County Detention Facility may not be the sole custodian of these records as these records may include information provided by or obtained from other governmental entities, agencies, or other sources. The records attached hereto are exact duplicates of the records created and/or maintained by the Collin County Detention Facility and currently known to exist by the Detention Facility and it is the policy and practice of the Detention Facility not to release original existing documents. The records attached hereto are those currently in existence and to which the Detention Facility has the technological ability to access, identify, retrieve, and copy. The records were made at or near the time of each act, event, condition,

LT. BARNETT AFFIDAVIT
T:\233\1\1600\73760 Williams\Pleadings\Defendant\MSJ Admin Remedies\Barnett Affidavit\Affidavit Barnett.wpd

Page 6

of each act, event, condition, opinion, or diagnosis set forth and/or it is the regular practice of the Detention Facility to make this type record at or near the time of each act, event, condition, opinion, or diagnosis set forth in the record. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth and/or it is the regular practice of the Detention Facility for this type of record to be made by, or from information transmitted by, persons with knowledge of the matters set forth in them. The records were kept in the course of regularly conducted business activity and/or it is the regular practice of the Detention Facility to keep this type record in the course of its regularly conducted business activity. It is the regular practice of the business activity to make the records.

FURTHER AFFIANT SAYETH NOT.

**DAVID BARNETT**

SWORN AND SUBSCRIBED BEFORE ME, the undersigned notary on this the 9 day of May, 2025.

Notary Public in and for the State of Texas

JEREMY GRAVETTE
Notary Public
STATE OF TEXAS
Notary ID # 113131841-1
My Comm. Exp. October 17, 2025

LT. BARNETT AFFIDAVIT
T:\233\1\1600\73760 Williams\Pleadings\Defendant\MSJ Admin Remedies\Barnett Affidavit\Affidavit Barnett.wpd

Page 7

Barnett Affidavit - page 007

# INMATE HANDBOOK

**COLLIN COUNTY DETENTION FACILITY**
**4300 COMMUNITY AVENUE**
**McKINNEY, TEXAS  75071**

**29th Edition**

# April, 2021

# WORK RELEASE PROGRAM

This program is limited to those inmates serving commitments and/or fines from County and District Courts.  If you are eligible, you will be contacted by the Community Corrections Officer to be processed for the program. If you qualify for the program and have not been contacted, please submit a request via the kiosk in your pod to the Jail Case Coordinator's office.

# SAFETY & SECURITY

Whenever you believe that your personal safety or that of another may be in jeopardy, you should notify detention staff immediately.

You are subject to being searched at any time in all areas of the facility at the discretion of detention officers. You are expected to cooperate with any officer who advises you that you must be searched.

Unannounced searches of your cell, your property and your pod will be conducted to maintain the safety and security of the facility, staff and other inmates.  Any contraband, facility property in excess of what is allowed, or other personal property in excess of what is allowed will be confiscated. You are expected to cooperate with staff during these searches. You do not have a right to be present when these searches take place.

# CONTRABAND

Contraband is anything in your possession that is prohibited by the policies, procedures, rules and regulations of the Collin County Detention Facility. You are prohibited from having in your possession or under your control any items which are not:

Issued to you by detention facility staff
Purchased by you from the commissary vendor
Authorized by detention facility administration
In their original condition (modifying or altering any items, whether issued or purchased, is not permitted)

Your possession of any contraband is a serious offense. In addition to any items which may have been listed as contraband elsewhere in this handbook, other items considered to be contraband are: any alcoholic beverages, all drugs and narcotics, all weapons or items that could be used to inflict injury, keys, non-regulation clothing, hard combs, gasoline, lighter fluid, razors at unauthorized times, gum, glass or metal containers, pornographic books or magazines, pictures or drawings which are sexually explicit or suggestive in any way.

# CHANNELS OF INTERNAL COMMUNICATION

There are specific people to contact regarding your various needs and problems. If you have a special problem or need information, the pod officer will assist in directing your request to the appropriate person.

If you believe you were subjected to unfair or unjust circumstances or actions, you may approach the pod station and complete a grievance / complaint via the kiosk in your pod, or you may request to speak directly with the housing lieutenant regarding the grievance / complaint, by submitting a request via the kiosk.  You may also request a paper grievance form from any member of the detention staff.  Grievances / complaints of an emergency nature should be presented directly to the pod officer.

The following are grounds for initiation of a grievance:

14

1.      Violation of civil rights
2.      Criminal act
3.      Unjust denial or restriction of inmate privileges
4.      Prohibited act by facility staff

In the grievance, you must state the right or privilege violated, any persons involved, witnesses (if any), date of the occurrence, and any pertinent details.

If your grievance is determined to be a compliant, it will be answered by a detention supervisor.  If it is determined to be a grievance, it will be reviewed by a grievance board.

The grievance board will provide you a written interim response within fifteen (15) days of filing the grievance. Upon completion of the grievance board's review of the grievance, you will be provided a written final response within sixty (60) days of filing the grievance.

If you are not satisfied with the grievance board's response, you may submit an appeal directly to the assistant chief deputy via the kiosk in your pod.  The assistant chief deputy's response to your appeal is final.  If your grievance is determined to be a compliant, it will be answered by a detention supervisor.

# PROGRAMS & ACTIVITIES

Various programs and activities will be made available to you depending on your custody status.  You may be denied programs if you are on an in-cell restriction.

If you are interested in participating in a particular program, you may submit an inmate request via the kiosk in your pod. The request will be forwarded to the programs coordinator.  The following programs are available for eligible inmates.

Educational programs include GED and a basic skills course. GED provides instruction on how to prepare for the GED test, which covers reading, mathematics, science, social studies and writing. GED tests are administered at the discretion of the programs coordinator.

The basic skills course provides an opportunity for you to improve basic reading, math, writing skills and increase your ability to understand concepts related to these skills.

Religious programs include bible studies and worship services. Schedules for these services will be available in your pod. Bibles are available upon request from the programs staff.

The drug and alcohol recovery program offers Alcoholics Anonymous meetings.

Library services and a variety of indoor and outdoor recreational activities are also available.

Each housing unit is equipped with a variety of recreational and educational material. This includes a mini-library as well as several types of table games. The games are stored at each pod desk. If you are interested in a particular game, you may request the game from the pod officer. The individual inmate and/or group of inmates who check the game out will be responsible for the game's contents while the game is in their possession. Once you are finished with the game, you will need to return the game and all of its contents to the pod officer.

# ACKNOWLEDGEMENT OF RECEIPT

I have received a copy of the Collin County Detention Facility Inmate Handbook and have reviewed the inmate orientation video. I have read the rules regarding the behavior expected of me.  I understand these rules and agree to abide by them while I remain in this facility.  If I did not understand any part of the handbook, any part of the video, or any rule, these were explained to me by the undersigned officer.  I have been advised of the penalties for rule violations, and of my right to a formal hearing before the disciplinary hearing review board for any alleged violation.

I have been advised of the services available to me. I understand that my housing assignment is based on my behavior, personal history, and the need for staff to ensure my safety and protect the security of the detention facility. I understand that periodic reviews of my classification status will occur.

_Carico Williams_
Inmate's full name, printed

_195728_
SO#

Inmate's signature

_12-20-22_
Date

Presenting officer's signature

_12-20-22_
Date

# Forward to Classification when complete



⑦ Help      ☐→ Log Out

VAILABLE PAGES

CSO Pod Rules 01-10      ⊕

CSO Pod Rules 11-20      ⊕

CSO Pod Rules 21-29      ⊕

Commissary Gift Bags      ⊕

Commissary Schedule and notes      ⊕

Court or Case Status      ⊕

nmate Handbook Addendum
Complaint)      ⊕

Laundry      ⊕

# RAMADAN 2023

Special Meal Accomodations

Updated 4/18/2023

**CURRENTLY PARTICIPATING**

| LAST NAME | FIRST NAME | SO # | Location | Request Answered | Kitchen Notified | Notes |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Williams | Larico | 195728 | 1D-1601 | 3/28/2023 | | approved by Penson |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# RAMADAN 2023

Special Meal Accomodations

Updated 4/18/2023

REMOVED

| LAST NAME | FIRST NAME | SO # | Location | Request Answered | Kitchen Notified | DATE REMOVED/REASON |
|-----------|------------|------|----------|------------------|------------------|---------------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Request Type: | SERVICES | | Request Subtype: | CHAPLAIN |
|---|---|---|---|---|

Assigned Group:    CHAPLIN                    Assigned User:

Request Number:    990824        Status: CLOSED        Inmate Name:    Larico Williams

Initial Location: 1D 1601 33                    Current Location: 1D 2801 33

Inmate Number:    195728            Inmate Secondary Number:

| Stamp | Action | Detail | User |
|---|---|---|---|

03/23/2023  07:24 am
ORIGINAL REQUEST:
    ii am muslim and would like to be on the list for the month of Ramada

03/23/2023  07:37 am                            03028
    CLOSED:
        the dead line was the 17th

| Request Type: | SERVICES | | Request Subtype: | CHAPLAIN |
|---|---|---|---|---|
| Assigned Group: | CHAPLIN | | Assigned User: | |
| Request Number: | 991116 | Status: CLOSED | Inmate Name: | Larico Williams |
| Initial Location: 1D 1601 33 | | | Current Location: 1D 2801 33 | |
| Inmate Number: | 195728 | | Inmate Secondary Number: | |

<u>Stamp</u>    <u>Action</u>  <u>Detail</u>                                                                                       <u>User</u>

03/24/2023  08:59 am
    ORIGINAL REQUEST:
        ther is no deadline to be able to practice my religion i. is there a deadline to any christian services?
03/24/2023  10:51 am                                                                      03028
    CLOSED:
        They gave you plenty of time to sign up and you didnt do so.
03/28/2023  10:53 am                                                                      OPENSON
    CLOSED:
        This concern has been addressed.  I will speak with  you further about this

| | | | |
|---|---|---|---|
| Request Type: | GRIEVANCE / COMPLAINT | Request Subtype: | KITCHEN |
| Assigned Group: | SERVICES SUPERVISORS | Assigned User: | |
| Request Number: | 991323 | Status: CLOSED | Inmate Name: Larico Williams |
| Initial Location: 1D 1601 33 | | Current Location: 1D 2801 33 | |
| Inmate Number: | 195728 | Inmate Secondary Number: | |

Stamp    Action    Detail                                                          User

03/24/2023  03:54 pm
ORIGINAL REQUEST:
For the first two days of Ramadan the Muslim inmates have received cold bag lunches for breakfast instead of hot meals or meals that are served to every other inmate in this facility. When brought up to the pod officer he informed Lt. Ritchie. Lt. Ritchie informed the pod officer Ashley that they meaning this facility is giving Muslims who are practicing their religion and recognizing the Holy month of Ramadan will be given bag lunches. Thirty minutes later court inmates were given hot meals. This discrimination is a direct violation of our First Amendment rights to observe and practice our religious beliefs freely and correctly. The actions of  this facility is meant to dissuade the Muslim inmates in observing from observing our rights. This is a direct violation of our federal constitutional rights and if not corrected immediately I am left with no choice but to seek legal remedies for these blatant acts of discrimination.

03/27/2023  07:18 am                                                              18084
RESPONSE:
due to time constraints, there may be times where you get sandwiches instead of other meals.  This is because we have to have you fed before the sun rises and the kitchen does not open until 0500

03/27/2023  07:18 am                                                              18084
CLOSED:
due to time constraints, there may be times where you get sandwiches instead of other meals.  This is because we have to have you fed before the sun rises and the kitchen does not open until 0500

| Request Type: | SERVICES | | Request Subtype: | CHAPLAIN |

Request Type:    SERVICES                    Request Subtype:    CHAPLAIN

Assigned Group:    CHAPLIN                    Assigned User:

Request Number:    991331        Status: CLOSED        Inmate Name:    Larico Williams

Initial Location: 1D 1601 33                    Current Location: 1D 2801 33

Inmate Number:    195728            Inmate Secondary Number:

---

<u>Stamp</u>    <u>Action</u> <u>Detail</u>                            <u>User</u>

03/24/2023  04:07 pm
    ORIGINAL REQUEST:
    First I filled the request on time for whatever reason this system did not record it but you being a man of God  this is disturbing to say the least that I get pushed back for trying to observe my religious beliefs and practices. There should never be a deadline because new inmates entering this facility will need to be added if practicing their beliefs so it's a simple matter of adding my name to the list and this I feel should never be interfered with.

03/27/2023  09:41 am                            20044
    CLOSED:
    New inmates entering the facility have 24 hours to enter a request to join the Ramadan list. We have all the information available on the INFAX

| Request Type: | SERVICES | | Request Subtype: | LAW LIBRARY |
|---|---|---|---|---|

Assigned Group:    LAW LIBRARY                              Assigned User:

Request Number:    991619          Status: CLOSED          Inmate Name:    Larico Williams

Initial Location: 1D 1601 33                    Current Location: 1D 2801 33

Inmate Number:    195728                  Inmate Secondary Number:

| Stamp | Action | Detail | User |
|---|---|---|---|

03/26/2023  08:58 am
    ORIGINAL REQUEST:
        I would like to request a 1983 form immediately. Please?

03/27/2023  03:04 pm                                         OPENSON
    CLOSED:
        Will get one out to you

| Request Type: | SERVICES | | Request Subtype: | PROGRAMS |
|---|---|---|---|---|

Assigned Group:    LAW LIBRARY                    Assigned User:

Request Number:    991636        Status: CLOSED        Inmate Name:    Larico Williams

Initial Location: 1D 1601 33                    Current Location: 1D 2801 33

Inmate Number:    195728            Inmate Secondary Number:

---

Stamp    Action    Detail                                                    User

03/26/2023  10:41 am
ORIGINAL REQUEST:
I'm submitting this request because of the lack of respect for my religious freedom. Because I submitted a request to the chaplain to get on the list for the month of Ramadan and his response was "You didn't meet the deadline so..." I took/take high offense to that response. Reason being he's "supposedly" a man of God and I would like to think he would be more "empathetic" of my situation than he was.  As a result I have not been able to practice my religion the way I'm suppose to. This is a discriminatory act which not only violates my First amendment rights, but also is a Federal violation. I ask that action be taken immediately or I shall take action myself.

03/27/2023  09:27 am                                    20044
GROUP ASSIGNED CHANGED
TO LAW LIBRARY

03/28/2023  10:54 am                                    OPENSON
RESPONSE:
This concern has been addressed.  I will speak with  you further about this.

03/28/2023  10:55 am                                    OPENSON
CLOSED:
This concern has been addressed.  I will speak with  you further about this.

| Request Type: | SERVICES | | Request Subtype: | PROGRAMS |
|---|---|---|---|---|

| Assigned Group: | LAW LIBRARY | | Assigned User: | |
|---|---|---|---|---|

| Request Number: | 993585 | Status: CLOSED | Inmate Name: | Larico Williams |
|---|---|---|---|---|

Initial Location: 1D 1601 33                    Current Location: 1D 2801 33

Inmate Number:        195728                    Inmate Secondary Number:

| Stamp | Action Detail | | User |
|---|---|---|---|

04/01/2023  03:21 pm

ORIGINAL REQUEST:

I was denied my two dinner trays for Ramadan once again by the kitchen supervisor after repeated times of officer Vasquez telling her I was on the list she tells him that " He's not on this list and I'm not sending him anything down there period". These actions of officer Scott is a direct violation of my 8th amendment rights which is considered "cruel and unusual punishment" and I will seek action because of these direct acts of cruelty.

04/03/2023  07:55 am                                                            20044

GROUP ASSIGNED CHANGED
TO LAW LIBRARY

04/03/2023  11:53 am                                                            20044

CLOSED:

Mr. Williams, I am not sure why you are not recieving your Ramadan dinner trays. I just checked, and you are on our list for inmates who are to recieve Ramadan meals, which is the same list that the Kitchen Staff is using to send out the Ramadan meals. I will contact the kitchen to make them aware. Have a nice day -Ofc. Sattar.

| Request Type: | SERVICES | | Request Subtype: | PROGRAMS |
| --- | --- | --- | --- | --- |

| Assigned Group: | PROGRAMS | | Assigned User: | |
| --- | --- | --- | --- | --- |

| Request Number: | 993590 | Status: CLOSED | Inmate Name: | Larico Williams |
| --- | --- | --- | --- | --- |

Initial Location: 1D 1601 33                    Current Location: 1D 2801 33

Inmate Number:    195728                 Inmate Secondary Number:

| <u>Stamp</u> | <u>Action</u> <u>Detail</u> | <u>User</u> |
| --- | --- | --- |

04/01/2023  03:24 pm
  ORIGINAL REQUEST:
     I also would like 2 copies of these grievances please? Thanks!

04/03/2023  07:48 am                                          20044
  CLOSED:
     you can request paper grievances from your pod officer.

| Request Type: | COMMISSARY / ARAMARK | Request Subtype: | COMMISSARY REQUESTS |

Request Type:     COMMISSARY / ARAMARK          Request Subtype:     COMMISSARY REQUESTS

Assigned Group:     ARAMARK          Assigned User:

Request Number:     993599          Status: CLOSED          Inmate Name:     Larico Williams

Initial Location: 1D 1601 33          Current Location: 1D 2801 33

Inmate Number:     195728          Inmate Secondary Number:

---

Stamp     Action     Detail          User

04/01/2023  03:48 pm
    ORIGINAL REQUEST:
        I would like a copy of my commissary history please? I need it for a legal matter.

04/03/2023  06:52 am          JJACKSON
    CLOSED:
        ok

| Request Type: | INVESTIGATIONS | | Request Subtype: | INVESTIGATIONS |
|---|---|---|---|---|

| Assigned Group: | HOUSING SUPERVISORS | Assigned User: | |
|---|---|---|---|

| Request Number: | 994742 | Status: CLOSED | Inmate Name: | Larico Williams |
|---|---|---|---|---|

Initial Location: 1D 1601 33                              Current Location: 1D 2801 33

Inmate Number:      195728                    Inmate Secondary Number:

| Stamp | Action | Detail | | User |
|---|---|---|---|---|

04/05/2023  02:47 pm
    ORIGINAL REQUEST:
       i would like a copy of my grievance. Please? Thanks!

04/05/2023  06:11 pm                                        KYEARWOOD
    GROUP ASSIGNED CHANGED
    TO HOUSING SUPERVISORS

04/06/2023  06:47 am                                          01359
    CLOSED:
       We do not provide copies of grievance/complaints.

| Request Type: | INVESTIGATIONS | | Request Subtype: | INVESTIGATIONS |
|---|---|---|---|---|

Assigned Group:    INVESTIGATIONS                        Assigned User:

Request Number:    995567            Status: CLOSED            Inmate Name:    Larico Williams

Initial Location: 1D 1601 33                        Current Location: 1D 2801 33

Inmate Number:    195728            Inmate Secondary Number:

---

Stamp    Action    Detail                                        User

04/08/2023  01:15 pm
    ORIGINAL REQUEST:
    Well I have a right to have a copy of it because that's what I have to have with the response on it in order to send my 1983.
    It's my right  to have that.Are you saying investigations don't provide copies or no one provides them period? Because
    that's all I'm waiting on.

04/08/2023  05:57 pm                                        KYEARWOOD
    CLOSED:
    I apologize sir but a copy of what are you looking for.

| Request Type: | SERVICES | | Request Subtype: | PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | SERVICES SUPERVISORS | | Assigned User: | |
| Request Number: | 995569 | Status: CLOSED | Inmate Name: | Larico Williams |
| Initial Location: 1D 1601 33 | | | Current Location: 1D 2801 33 | |
| Inmate Number: | 195728 | | Inmate Secondary Number: | |

Stamp    Action   Detail                                                          User

04/08/2023  01:26 pm
    ORIGINAL REQUEST:
    I already reqested a grievance form from the pod officer. I sent it in and I'm looking for a copy of the grievance with the
    response and now everyone wants to say they can't provide me with a copy all of a sudden. It should take about 15 days
    for a response no longer if so I'll have my lawyer come here and get it for me.
04/10/2023  09:45 am                                                              20044
    GROUP ASSIGNED CHANGED
    TO LAW LIBRARY
04/10/2023  03:39 pm                                                              OPENSON
    GROUP ASSIGNED CHANGED
    TO SERVICES SUPERVISORS
04/11/2023  08:12 am                                                              07048
    CLOSED:
    All responses are sent via kiosk.  Your last paper complaint was answered yesterday, 4/10/23.

| Request Type: | INVESTIGATIONS | | Request Subtype: | INVESTIGATIONS |
|---|---|---|---|---|

| Assigned Group: | HOUSING SUPERVISORS | | Assigned User: | |
|---|---|---|---|---|

| Request Number: | 995700 | Status: CLOSED | Inmate Name: | Larico Williams |
|---|---|---|---|---|

Initial Location: 1D 1601 33                 Current Location: 1D 2801 33

| Inmate Number: | 195728 | Inmate Secondary Number: |
|---|---|---|

Stamp    Action    Detail                                                    User

04/09/2023  01:15 pm
ORIGINAL REQUEST:
<mark>I'm looking for my grievance that I sent in the mail.</mark> I need that or a copy of that so that I can send off my 1983 form. Jail standards require that I be able to receive a copy of that.

04/09/2023  04:17 pm                                                        KYEARWOOD
RESPONSE:
Forwarded to Housing Supervisors

04/09/2023  04:17 pm                                                        KYEARWOOD
GROUP ASSIGNED CHANGED
TO HOUSING SUPERVISORS

04/10/2023  07:10 am                                                        01359
CLOSED:
You may request copies of your paperwork through your attorney.

| Request Type: | GRIEVANCE / COMPLAINT | Request Subtype: | KITCHEN |
|---|---|---|---|

| Assigned Group: | SERVICES SUPERVISORS | Assigned User: | |
|---|---|---|---|

| Request Number: | 996148 | Status: CLOSED | Inmate Name: | Williams, Larico Frenshun |
|---|---|---|---|---|

| Initial Location: 1D 1601 33 | Current Location: 1D 2801 33 |
|---|---|

| Inmate Number: | 195728 | Inmate Secondary Number: |
|---|---|---|

| Stamp | Action Detail | User |
|---|---|---|
| 04/11/2023  08:35 am | | 07048 |
| | [MANUAL ENTRY] ORIGINAL REQUEST: | |
| | Williams, in regard to your complaint dated 04-03-23: Ramadan meals were sent for both individuals with the last name Williams who are on the list.  I cannot find evidence of you being denied any meal. | |
| 04/11/2023  08:36 am | | 07048 |
| | CLOSED: | |
| | <NO COMMENT GIVEN> | |

| Request Type: | SERVICES | | | Request Subtype: | PROGRAMS |
|---|---|---|---|---|---|

| Assigned Group: | LAW LIBRARY | | | Assigned User: | |
|---|---|---|---|---|---|

| Request Number: | 996844 | Status: CLOSED | | Inmate Name: | Larico Williams |
|---|---|---|---|---|---|

Initial Location: 1D 1601 33          Current Location: 1D 2801 33

| Inmate Number: | 195728 | Inmate Secondary Number: |
|---|---|---|

---

| Stamp | Action | Detail | User |
|---|---|---|---|

04/13/2023  12:53 pm

ORIGINAL REQUEST:

Well I would like a copy of the grievance please? Because this is a pro se lawsuit and I need a copy because I'm my own lawyer.

04/13/2023  01:22 pm                                                      03028

GROUP ASSIGNED CHANGED
TO LAW LIBRARY

04/13/2023  01:24 pm                                                      OPENSON

CLOSED:

The documents you are requesting belong to the jail; per the open records act incarcerated individuals are not entitled to these documents.
Such records would need to be subpoenaed through the court system.

| Request Type: | SERVICES | | Request Subtype: | KITCHEN |
|---|---|---|---|---|

| Assigned Group: | KITCHEN | | Assigned User: | |
|---|---|---|---|---|

| Request Number: | 996846 | Status: CLOSED | Inmate Name: | Larico Williams |
|---|---|---|---|---|

| Initial Location: 1D 1601 33 | | | Current Location: 1D 2801 33 |
|---|---|---|---|

| Inmate Number: | 195728 | Inmate Secondary Number: |
|---|---|---|

<u>Stamp</u>  <u>Action</u> <u>Detail</u>                                                         <u>User</u>

04/13/2023  12:59 pm
    ORIGINAL REQUEST:
       I was denied because officer Vasquez was the one working that evening and he called the kitchen to get the tray and
       Officer Scott told him I wasn't on her list and she never sent it. Even after he told her I was on the list.

<mark>04/13/2023  01:08 pm</mark>                                                         18084
    CLOSED:
       <mark>Are you getting your Ramadan meals now?</mark>

| | | | |
|---|---|---|---|
| Request Type: | SERVICES | Request Subtype: | PROGRAMS |
| Assigned Group: | LAW LIBRARY | Assigned User: | |
| Request Number: | 997214 | Status: CLOSED | Inmate Name: Larico Williams |
| Initial Location: 1D 1601 33 | | Current Location: 1D 2801 33 | |
| Inmate Number: | 195728 | Inmate Secondary Number: | |

| Stamp | Action | Detail | User |
|---|---|---|---|

04/14/2023  06:59 pm
ORIGINAL REQUEST:
No they don't! Why would it tell me on my 1983 form to have a copy of the grievance to send to the district clerk if I had to get it through the Courts? Y'all are playing games and I don't like it! If want me to get someone from the NAACP here I suggest someone get me my paper work because I'm entitled to it.

04/17/2023  07:48 am                                                    20044
GROUP ASSIGNED CHANGED
TO LAW LIBRARY

04/18/2023  07:26 am                                    OPENSON
CLOSED:
The documents you are requesting belong to the jail; per the open records act incarcerated individuals are not entitled to these documents.

| Request Type: | SERVICES | Request Subtype: | PROGRAMS |
|---|---|---|---|
| Assigned Group: | SERVICES SUPERVISORS | Assigned User: | |
| Request Number: | 998607 | Status: CLOSED | Inmate Name: Larico Williams |
| Initial Location: 1D 1601 33 | | Current Location: 1D 2801 33 | |
| Inmate Number: | 195728 | Inmate Secondary Number: | |

| Stamp | Action | Detail | User |
|---|---|---|---|

04/20/2023  08:56 am

ORIGINAL REQUEST:

These people that are in the kitchen are the most disrespectful, prejudice people I have come across in a long time. Not only do they do not care about our religion they spit in our faces by blatantly giving us unsweetened oatmeal and fruit in which I still have the trays. They discriminate against us because everyone else got French toast stix.

04/20/2023  09:38 am                                                                03028

GROUP ASSIGNED CHANGED
TO SERVICES SUPERVISORS

04/21/2023  08:47 am                                                                18084

CLOSED:

We are responsible for making reasonable accomodations for your ramadan meals.  Sometimes you will get different food than the rest of the jail because you have to be fed so early.

INMATE'S NAME: _LaKico Williams_    SO# _195728_

POD: _I-D_    CELL: _16_    DATE OF BIRTH: _06-14-19_

DATE: _04-03-23_

# COLLIN COUNTY JAIL GRIEVANCE/COMPLAINT FOR

**Any inmate desiring to file a grievance/complaint must fill out the following**

1.  State what right or privilege you feel has been violated.

    _I was denied my dinner trays for Ramadan once aga_
    _by the Kitchen supervisor after repeated times offic_
    _Vasquez telling her I was on the list. She tells him "He w_
    _on this list and I'm not sending him anything down there_
    _period" The actions are a direct violation of my 8th amendme_
    _rights which is considered "cruel and unusual punishment_

2.  State the name(s) of the person(s) involved.

    _Officer Scott (Kitchen Sup.)_

3.  State the name(s) of any witness(es).

    _Officer Vasquez_

4.  The date and time that this occurred.    _04/01/23_

5.  Any other pertinent details.

    _Just the constant discriminatory acts towards the_
    _"Muslims". By saying before the cold trays that "we were going to get h_
    _while everyone else got hot trays"._

    Rev 01/01

# Request Report  -  OPEN

| | |
|---|---|
| Request Number:    996148 | Submitted:    4/11/23   8:35 am |
| Inmate Number:      195728 | Type:         GRIEVANCE / COMPL |
| Inmate Secondary Number: | Sub Type:     KITCHEN |
| Inmate Name:        Williams, Larico Frenshun | |

Initial Location: 1D 1601 33                              Current Location: 1D 1601 33

| Stamp | Action | Detail | User |
|---|---|---|---|

4/11/2023  8:35:31AM                                                       07048

    [MANUAL ENTRY] ORIGINAL REQUEST:

    Williams, in regard to your complaint dated 04-03-23: Ramadan meals were sent for both individuals with the last name Williams who are on the list.  I cannot find evidence of you being denied any meal.