IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LaRICO WILLIAMS | § | |
| | § | |
| v. | § | CASE NO. 4:23-CV-00490-ALM-KPJ |
| | § | |
| OFFICER SCOTT | § | |

**ORDER GRANTING OFFICER SCOTT'S MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES AND MOOTNESS**

Having considered Defendant Officer Jolene Scott's MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES AND MOOTNESS, this Court is of the opinion that such Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant Officer Jolene Scott's MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES AND MOOTNESS, be and hereby is GRANTED and that Plaintiff's claims against Officer Jolene Scott be and hereby are dismissed with prejudice.