# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LARICO WILLIAMS, | § | |
| #2556507 | § | |
| | § | Civil No. 4:23-cv-490 |
| VS. | § | Chief Judge Mazzant/Judge Davis |
| | § | |
| OFFICER JOLENE SCOTT | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #53), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 30, 2026, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that Defendant's motion for summary judgment (Dkt. #42) be granted and that Plaintiff's remaining claims be dismissed without prejudice. The Report also recommended that Plaintiff's so-called motion for summary judgment (Dkt. # 46) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's motion for summary judgment (Dkt. #42) be **GRANTED** and that Plaintiff's remaining claims be **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that Plaintiff's so-called motion for summary judgment,(Dkt. # 46) be **DENIED.**

**IT IS SO ORDERED.**

 **SIGNED this 24th day of March, 2026.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE